IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-977-D

| | |
|---|---|
| CARLOS A. ALFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

On May 12, 2023, Carlos A. Alford ("Alford" or "plaintiff"), proceeding pro se with a motion to proceed in forma pauperis, filed this action under the Camp Lejeune Justice Act of 2022 ("Camp Lejeune Justice Act"), Pub. L. No. 117-18, § 804, 136 Stat. 1802 (2022) [D.E. 1, 5, 6]. On June 7, 2023, the court ordered Alford to respond to the court's order [D.E. 8]. The court ordered Alford to explain whether he completed the administrative exhaustion process, include the date that he submitted a claim and the date that the Navy denied it, and file his response on or before July 7, 2023. See [D.E. 8]. The court warned Alford that if he "fail[ed] to file any response, the clerk shall enter judgment dismissing the action without prejudice." Id. at 3. On July 10, 2023, Alford moved to appoint counsel and an expert forensic psychologist [D.E. 11]. Alford, however, did not respond to the court's order. Accordingly, the court DISMISSES this action WITHOUT PREJUDICE. The clerk shall close the case.

SO ORDERED. This 1 day of August, 2023.

JAMES C. DEVER III
United States District Judge